IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JUN 11 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 5:20 CR 297 |
| v. ) | |
| ) | Title 18, United States Code, |
| MATTHEW PAUL SLATZER, ) | Sections 922(g)(9) and 924(a)(2) |
| ) | |
| Defendant. ) | |

COUNT 1
(Possession of a Firearm by a Person with Domestic Violence Conviction,
18 U.S.C. §§ 922(g)(9) and 924(a)(2))

The Grand Jury charges:

1. On or about February 2, 2020, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW PAUL SLATZER, knowing he had previously been convicted of a misdemeanor crime of domestic violence, that being: Domestic Violence, on or about October 20, 2010, in Case Number 2010CR1136, in the Stark County Court of Common Pleas, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Taurus revolver, model 85, .38 caliber, serial number KS75988, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing

offense, Defendant MATTHEW PAUL SLATZER shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the violation charged in Count 1, including, but not limited to, the following: a Taurus revolver, model 85, .38 caliber, serial number KS75988, and any ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.