IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.5: 20 CR 297 |
| | ) | |
| Plaintiff, | ) | Judge Donald C. Nugent |
| | ) | |
| v. | ) | DEFENDANT'S MOTION FOR |
| | ) | PRE-PLEA PRESENTENCE REPORT |
| MATTHEW P. SLATZER, | ) | AS TO CRIMINAL HISTORY ONLY |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES Defendant, by and through his attorney, and respectfully moves this Honorable Court for an Order instructing the Probation Department to prepare a pre-plea presentence report as to his criminal history only. The reasons for this Motion are explained below.

Defendant has a complicated and extensive criminal history. A pre-plea pre-sentence report as to same will lead to a swifter resolution of this matter.

For all the foregoing reasons, Defendant respectfully requests an Order from this Court instructing the Probation Department to prepare a pre-plea pre-sentence report as to his criminal history.

*The Court can no longer refer for Pre Plea Pre Sentence reports.*

GRANTED: _____ DENIED: X
IT IS SO ORDERED.
_____ 6/17/20
U.S. DISTRICT JUDGE

Respectfully submitted,

s/Anthony J. Vegh
Anthony J. Vegh
526 Superior Ave., East
Suite 220
Cleveland, Ohio 44114
P (216) 566-1424
F (216) 566-1468
avegh@vecchio-vegh.com
(Ohio Bar Reg No. 0039603)
Counsel for Defendant