UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: June 18, 2020

CASE NO. 5:20 CR 297

COURT REPORTER: Shirle Perkins

ARRAIGNMENT

UNITED STATES OF AMERICA

-VS-

MATTHEW PAUL SLATZER

APPEARANCES:   Plaintiff: Toni Schnellinger Feisthamel
Defendant: Anthony Vegh
Pretrial/Probation: Keysha Myers

PROCEEDINGS: The Defendant is arraigned on Count One of the Indictment and a plea of not guilty is entered. Defendant ordered to remain in pretrial detention. Trial order to issue. The Defendant is remanded to the custody of the United States Marshal.

s/ Steven L. Marshall
Courtroom Deputy

Length of Proceedings: 10 minutes