UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: July 2, 2020

CASE NO. 5:20 CR 297

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

MATTHEW PAUL SLATZER

APPEARANCES: Plaintiff: Toni B. Schnellinger Feisthamel
Defendant: Anthony Vegh

PROCEEDINGS: Telephonic status conference w/ all counsel participating. Discovery has been exchanged. FPT set 7/27/20 @ 9:30 AM

_Donald C. Nugent_ 7/2/20
Donald C. Nugent
United States District Judge

Length of Proceedings: 20 Min