**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 5: 20 CR 297 |
| | ) | |
| Plaintiff, | ) | **Judge Donald C. Nugent** |
| | ) | |
| VS. | ) | |
| | ) | |
| MATTHEW P. SLATZER, | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT'S MOTION FOR CONTINUANCE

Defendant, through counsel, respectfully moves this Honorable Court for an Order continuing the trial of this matter currently set for August 3, 2020.  This request is based on the following: Counsel for Defendant is unavailable due to a family commitment, made almost a year ago, during the week of August 3 through August 9th.  The trip is pre-paid and cannot be cancelled.

For all the foregoing reasons, Defendant respectfully moves this Honorable Court for an Order continuing the trial of this matter.

Respectfully submitted,

*s/Anthony J. Vegh*
Anthony J. Vegh
526 Superior Ave., East, Suite 220
Cleveland, Ohio 44114
P (216) 566-1424
F (216) 566-1468
avegh@vecchio-vegh.com
(Ohio Bar Reg No. 0039603)

1

Counsel for Defendant

CERTIFICATE OF SERVICE

A copy of the foregoing was electronically served on this 5th day of July, 2020. Notice of this filing will be sent to all counsel indicated on the electronic receipt by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Anthony J. Vegh*