IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5: 20 CR 297 |
| | ) | |
| Plaintiff, | ) | Judge Donald C. Nugent |
| | ) | |
| v. | ) | **Motion To Review Order** |
| | ) | **Of Detention** |
| MATTHEW P. SLATZER, | ) | |
| | ) | |
| Defendant. | ) | |

*stated in USA's response brief*

DENIED: X

GRANTED:
IT IS SO ORDERED.

*[signature] 7/27/20*

U.S. DISTRICT JUDGE

Now comes Defendant, Matthew P. Slatzer, by and through his undersigned counsel, and moves this Court to review the Order causing him to be detained and grant him bond. The reasons for this request are as follows:

1. **Introduction**

On February 20, 2020, Defendant was arrested at a bar in Canton, OH where he was allegedly seen carrying a holstered pistol. The owner of the establishment confronted an obviously intoxicated Defendant, told him he could not have the gun in the bar, took the gun from him and called 911. The Canton Police arrived and arrested the un-armed Defendant without incident. He did not resist arrest or physically assault the officers. On or about March 5, 2020, he was indicted on State charges[1] for Illegal Possession of a Forearm in Liquor Permit Premises, a 5th degree felony and violation of Ohio Revised Code § 2923.121.[2]

---

[1]     State v. Slatzer, 2020CRB 0308 (Stark County Common Pleas Court).  This case was dismissed on June 23, 2020.

[2]     Due to work conflicts, Defendant's bond was revoked on May 11, 2020 because he failed to report for drug testing.  He was being held in the Stark County Jail when he indicted in this case.