UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before  DATE: August 25, 2020
**DONALD C. NUGENT**
United States District Judge  CASE NO: 5:20 CR 297

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

MATTHEW PAUL SLATZER,

APPEARANCES:  Plaintiff:  Toni Schnellinger Feisthamel, Esq.
 Defendant:  Anthony J. Vegh, Esq.

PROCEEDINGS: Telephonic PT held w/ all counsel participating FPT set 9/8/20 @ 930 AM

_Donald C. Nugent_ 8/25/20

Length of Proceedings 15 min