UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before<br>**DONALD C. NUGENT**<br>United States District Judge | DATE: September 8, 2020<br><br>CASE NO. 5:20 CR 297<br><br>COURT REPORTER: Heidi Geizer<br><br>CHANGE OF PLEA |

UNITED STATES OF AMERICA

-VS-

MATTHEW PAUL SLATZER

APPEARANCES:   Plaintiff: Toni Schnellinger Feisthamel

Defendant: Anthony Vegh

PROCEEDINGS:  The defendant changed his plea to guilty to Count One of the Indictment. Written plea of guilty executed. Plea of guilty read in open Court. The Defendant is referred to the United States Pretrial and Probation Department for the preparation of a Presentence Report. Sentencing in this matter is scheduled for December 17, 2020 at 10:00 am.

/s/ Steven L. Marshall
Courtroom Deputy

Length of Proceedings: 30 minutes