IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 5:20 CR 297 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE DONALD C. NUGENT |
| vs. ) | |
| ) | |
| MATTHEW PAUL SLATZER, ) | ORDER |
| ) | |
| ) | |
| Defendant. ) | |

This case came before the Court for a Supervised Release Violation Hearing on August 2, 2022. The Defendant admitted to being in violation of the terms of Supervised Release after being fully advised of all constitutional and procedural rights in open Court with counsel present. Based on this admission and other evidence presented, the Court finds that the Defendant is in violation of the following terms of Supervised Release:

1) Failure to Follow Reasonable Directives of Probation Officer – Mr. Slatzer went to his ex-girlfriend's home against the directive of his probation officer.

The Court orders the Defendant's term of supervision continued as previously ordered with the additional conditions:

1) Contact restriction - Mr. Slatzer shall have no contact with his ex-girlfriend.

2) Contact restriction – You must not associate, communicate, or otherwise interact, with any known or unknown members or affiliates who promote or discuss white nationalism/supremacy. This includes persons or events (i.e., rallies or protests) that promote or discuss anti-Semitic, anti-black, anti-LGBTQ, replacement theories or violence toward any group or government officials. If you inadvertently associate, communicate, or otherwise interact with extremist groups or individuals you must immediately report this to the probation office.

3) Computer Monitoring Search – To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1)) subject to computer monitoring. You must allow the probation officer to install computer monitoring software on any computer. This includes desktops, laptops, mobile devices, smartwatches, gaming systems, private servers, or any other high-speed data processing device performing logical, arithmetic, or storage functions. These searches shall be conducted to determine whether the computer contains any prohibited data prior to installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner.

You must not use any services designed to encrypt, disguise, mask, or anonymize your online activity, such as TOR, I2P, Freenet, Freepto, Tox, Virtual Private Networks or other

anonymizing applications, services, or sites.

You shall not use any online gaming services or systems, including mobile device applications.

    4) Deradicalization Treatment – At the discretion of the probation officer, the defendant shall participate in a deradicalization program including but not limited to Life After Hate and Parents for Peace.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: August 2, 2022