## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20 CR 297 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | |
| MATTHEW SLATZER | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the Court for a Supervised Release Violation Hearing on March 14, 2023. The Defendant in open Court with counsel admitted to violations 2, 4, 5, 6, 7 & 8 of supervised release after being fully advised of all constitutional and procedural rights. Violation 3 was waived. Testimony was taken on violation # 1. USA called witness # 1 - Probation Officer Ashley Frank. Defense called witness # 1 - Matthew Paul Slatzer. The Court finds that Defendant is not in violation of supervised release as to violation # 1. Based on Defendant's admission and other evidence

presented, the Court finds that the defendant is in violation of the following terms of supervised release:

2) Failure to Report Law Enforcement Contact – On March 4, 2023, Mr. Slatzer was questioned by Wadsworth Police Department. He failed to report this contact within 72 hours, as required by the conditions of his supervision.

4) Contact Restriction – White Nationalism / Supremacy – A review of Mr. Slatzer's public Facebook page shows that he is friends with several profiles that includes imaging and discussion of white nationalism/supremacy.

5) Unauthorized Computer Access – Mr. Slatzer has reported that he disconnected his internet connected smart cell phone, effective October 15, 2022. Three sources have provided the U.S. Pretrial Services and Probation Office information on Mr. Slatzer having a cell phone. This cell phone is not monitored, as required by the conditions of his supervision.

6) Failure to Attend Treatment – Mr. Slatzer failed to attend his individual treatment session with Summit Psychological Associates on January 11, 2023.

7) New Law Violation – On August 7, 2022, Mr. Slatzer was arrested by the Stark County Sheriff. He was charged with Criminal Trespass (M4) and Disorderly Conduct (M4) in Massillon Municipal Court case 2022 CRB01777. On September 28, 2022, Mr. Slatzer was found guilty of Disorderly Conduct (M4) in Massillon Municipal Court case 2022CRB01777.

8) Alcohol Consumption – Mr. Slatzer admitted to this probation officer that he consumed a 30 pack of beer, which lead to his arrest on August 7, 2022.

Supervised release is revoked and the Court orders the defendant be placed in the custody of the Bureau of Prisons for a term of four (4) months with credit for time served in federal custody. Supervised release to follow for a term of 2 years with original conditions. The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: March 14, 2023