UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: August 14, 2024

CASE NO. 5:20 CR 297

COURT REPORTER: Lance Boardman

VIOLATION HEARING

UNITED STATES OF AMERICA

-VS-

MATTHEW PAUL SLATZER

APPEARANCES:  Plaintiff: Joseph Walsh
Defendant: Edward Bryan
Probation/Pretrial: Ashley Frank

PROCEEDINGS: Def. in open court w/ counsel fully advised of rights - Def counsel acknowledged accuracy of violations + def refused to stipulate to violations so a formal hearing was held. USA calls following witness: ① ASHLEY FRANK. USA rests. Def. rests. Arg of counsel made. Court finds Def in violation of supervision as claimed by USPO. Def sentenced 4 mos. BOP w/ no supervision to follow.

Length of Proceedings: 45 min

Donald C. Nugent 8/14/24
Donald C. Nugent, U.S. District Judge