IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20 CR 297 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | |
| MATTHEW PAUL SLATZER, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the Court for a Supervised Release Violation Hearing on August 14, 2024. Defendant appeared with counsel, Assistant Federal Public Defender Edward Bryan. Government was represented by Assistant United States Attorney Joseph Walsh. Officer Ashley Frank appeared on behalf of United States Probation Office.

Defendant in open court with counsel fully advised of rights. Defense counsel acknowledged accuracy of violations and defendant refused to stipulate to violations so a formal hearing was held. Opening statements were made. USA called the following

witness: U.S. Probation Officer Ashley Frank. Testimony taken. Evidence entered. USA rested. Defense rested.  Arguments of counsel made. Court finds Defendant in violation of the following terms of supervised release as claimed by Probation Department:

    1.) Unauthorized Computer Access/Failure to Comply with Computer Monitoring- On or about July 9, 2024, Mr. Slatzer obtained a new cell phone without advance permission. He failed to notify U.S. Pretrial Services and Probation Office of this new device and failed to have computer monitoring software installed onto the device.

    2.) Failure to Follow Directives – On July 29, 2024, Mr. Slatzer was directed to contact RemoteCom, a computer monitoring device software company, to have monitoring software installed on his phone, on that date. He failed to do so. On July 30, 2024, Mr. Slatzer agreed to have the software installed on his phone. He made two attempts and was unsuccessful.

    Supervised release revoked and Defendant sentenced to four (4) months Bureau of Prisons custody with no supervision to follow. Defendant remanded to the custody of the United States Marshal.

    IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: August 14, 2024